# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO WILLIAMS,<br><br>        Petitioner,<br><br>        v.<br><br>FRANCISCO JACQUEZ, Warden,<br><br>        Respondent. | NO. CV 08-2982 DOC (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 17, 2009.

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE